**Order entered December 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01487-CV
No. 05-16-01488-CV
No. 05-16-01489-CV

**IN RE WALTER CORTEZ, Relator**

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0730377, F-0730378, and F-0730557**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's December 19, 2016 petition for writ of mandamus.

/s/      DAVID J. SCHENCK
         JUSTICE